# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. Hao Qin | Defendant. | Western Division | ~~UNDER SEAL~~ |
|---|---|---|---|
| | | Case Number: 2:19-MJ-02166-1<br>Initial App. Date: 05/22/2019<br>Initial App. Time: 2:00 PM | Out of District Affidavit<br>Custody |
| | | Date Filed: 05/22/2019<br>Violation: 21USC963, 18USC1956(h)<br>~~CourtSmart~~/ Reporter: Maria Bustillos | |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Jean P. Rosenbluth | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

**PRESENT:** Martinez, Beatriz — *Deputy Clerk*   Miri Song — *Assistant U.S. Attorney*   Michael Hong — *Interpreter/Language* (Mandarin)

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☒ removal hearing / Rule 20.
☐ Defendant states true name ☐ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: Adam Olin, DFPD ☒ Appointed ☐ Prev. Appointed ☐ Poss. Contribution (see separate order)
   ☐ Special appearance by: _____
☒ Government's request for detention is: ☒ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☒ Defendant is ordered: ☒ Permanently Detained ☐ Temporarily Detained (see separate order).
☐ BAIL FIXED AT $ _____ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
☒ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☒ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☒ Defendant executed Waiver of Rights. ☒ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of New Jersey
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☒ Warrant of removal and final commitment to issue. Date issued: 5/22/19   By CRD: B. Martinez
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ AM / PM
   Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
   Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☒ Other: Court Notes Gov't provided no reporting instructions
   ☒ PSA ☐ USPO   ☒ FINANCIAL   ☒ READY
   Deputy Clerk Initials: BM
CR 10 ✓                                                          07